Jad Sheikali, (*pro hac vice*)
jsheikali@mcgpc.com
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002

*Attorneys for Plaintiffs and the Putative Classes*

Paul G. Karlsgodt (Admitted *Pro Hac Vice*)
*pkarlsgodt@bakerlaw.com*
Casie D. Collignon (Admitted *Pro Hac Vice*)
*ccollignon@bakerlaw.com*
Matthew D. Pearson, Bar No. 294302
*mpearson@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600

*Attorneys for Defendant*
ABM INDUSTRIES INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA DAVILA and LARRY WADE, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED,<br><br>Defendant. | Consolidated Case No.: 2:18-cv-03919<br>[*Honorable Fernando M. Olguin*]<br><br>**STIPULATION TO REMAND TO STATE COURT**<br><br>SACC Filed: April 26, 2019 |

Pursuant to Local Rule 7-1, Plaintiffs Evelia Davila and Larry Wade (together, the "Plaintiffs") and Defendant ABM Industries Incorporated ("ABM") (collectively, the "Parties"), hereby file this Stipulation seeking an Order remanding this action to state court. Good cause exists to grant this Stipulation based on the following facts:

1. On March 22, 2018, Plaintiff Evelia Davila filed suit against, among others, ABM in the Superior Court of California, County of Los Angeles ("*Davila* Action") [*Davila* Action, Dkt. 1, Ex. A];

2. One day later, on March 23, 2018, Plaintiff Larry Wade filed suit against ABM in the Circuit Court of Cook County, Illinois ("*Wade* Action") [*Wade* Action, Dkt. 1, Ex. A];

3. On April 25, 2018, ABM removed the *Wade* Action to the United States District Court for the Northern District of Illinois [*Wade* Action, Dkt. 1];

4. On May 10, 2018, ABM removed the *Davila* Action to the United States District Court for the Central District of California [*Davila* Action, Dkt. 1];

5. On June 6, 2018, Plaintiff Wade and ABM filed in the *Wade* Action an Agreed Motion to Transfer Venue to the United States District Court for the Central District of California [*Wade* Action, Dkt. 19];

6. On June 11, 2018, the Court in the *Wade* Action granted the parties' agreed motion and transferred the *Wade* Action to the United States District Court for the Central District of California [*Wade* Action, Dkt. 21];

7. On July 24, 2018, Plaintiffs filed their First Amended Consolidated Class Action Complaint ("FACC") [Dkt. 17];

8. On August 21, 2018, ABM filed its Motion to Dismiss the FACC, arguing that Plaintiffs had not stated a cause of action upon which relief could be granted under Federal Rule of Civil Procedure 12(b)(6) [Dkt. 24];

9. On September 27, 2018, Plaintiffs filed a Motion to Remand, arguing that ABM had not met its burden of proving that this Court had jurisdiction [Dkt. No. 32];

10. On April 18, 2019, the Parties engaged in a private mediation with Bruce Friedman, Esq. of JAMS in Los Angeles. Following negotiations which continued for several days after the private mediation, the Parties have now reached a class action settlement in principle. In light of the uncertainty surrounding this Court's Article III jurisdiction in this matter, the Parties seek to effectuate their settlement in state court, where the litigation was originally commenced.

11. Specifically, on March 21, 2019, the Parties participated in a telephonic status conference before this Court, wherein the Court raised concerns regarding the impact the recently issued Supreme Court decision in <u>Frank v. Gaos</u>, 2019 WL 1264582 (2019), as well as <u>Spokeo, Inc. v. Robins</u>, 136 S.Ct. 540 (2016), and relevant Ninth Circuit decisions, would have on this Court's ability to satisfy itself of Article III jurisdiction in order to process a class action settlement. The Court also asked for supplemental briefing from both parties on this issue.

12. Therefore, in order to avoid further uncertainty and expense in effectuating their settlement agreement amid the pending issues concerning this Court's subject matter jurisdiction, the Parties stipulate, and respectfully request that the Court enter an Order, remanding this action to the Los Angeles Superior Court.

13. A Proposed Order has been contemporaneously lodged herewith and submitted to the Court.

//
//

**IT IS SO STIPULATED.**

DATED: May 9, 2019

**BAKER & HOSTETLER LLP**

By: /s/ Casie D. Collignon
Casie D. Collignon (admitted *Pro Hac Vice*)
Paul G. Karlsgodt (admitted *Pro Hac Vice*)
Teresa C. Chow
Matthew D. Pearson

*Attorneys for Defendant*
*ABM INDUSTRIES INCORPORATED*

DATED: May 9, 2019

**MCGUIRE LAW, P.C.**

By: /s/ Jad Sheikali
Jad Sheikali (admitted *Pro Hac Vice*)

*One of Plaintiffs' Attorneys*

## **CERTIFICATE OF SERVICE**

I, Jad Sheikali, certify that on May 9, 2019, I filed the Parties' *Stipulation to Remand to State Court* via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to the following counsel of record

/s/Jad Sheikali