Jad Sheikali, (*pro hac vice*)
jsheikali@mcgpc.com
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601

*Attorneys for Plaintiffs and the Putative Classes*

Paul G. Karlsgodt, (*pro hac vice*)
pkarlsgodt@bakerlaw.com
Casie D. Collignon, (*pro hac vice*)
ccollignon@bakerlaw.com
Matthew D. Pearson (SBN: 294302)
mpearson@bakerlaw.com
BAKER HOSTETLER LLP
1801 California St., Suite 4400
Denver, CO 80202

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| EVELIA DAVILA and LARRY WADE, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED,<br><br>Defendant. | Consolidated Case No.: 2:18-cv-03919<br>[*Honorable Fernando M. Olguin*]<br><br>**ORDER ON STIPULATION [63] REMANDING CASE TO STATE COURT**<br><br>SACC Filed: April 26, 2019 |

The Court, having reviewed the Parties' Stipulation to Remand to State Court, and good cause appearing, HEREBY MAKES THE FOLLOWING ORDER:

1. This matter is remanded to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

Dated: May 10, 2019

/s/
Hon. Fernando M. Olguin
U.S. District Judge